# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

ROBERT C. HEINEMANN
Clerk
TERRY VAUGHN
Chief Deputy

PLEASE REPLY TO:

X **BROOKLYN OFFICE**
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

February 1, 2007

To: Clerk of Court
United States District Court
of Rhode Island
One Exchange Terrace
Providence, RI 02903

In re: ***USA Vs. Norberto Nunez***
Our Criminal Number 1:03 CR 817

Pursuant to the order of Judge John Gleeson dated 1/12/07, transferring jurisdiction over the above-named probationer/supervised releasee to your court, the following documents are herewith enclosed:

_X___ Certified copy of order of transfer
_X___ Certified copy of judgment, indictment
_X___ Certified copy of the docket sheet

Kindly acknowledge receipt of the above-cited documents on the enclosed copy of this letter.

Yours truly,

ROBERT C. HEINEMANN
Clerk of Court

By: Francine Piper
Deputy Clerk

___________________________________

Encl.
cc: Case File