PROB 22
(Rev. 2/88)

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. ★ JAN 1 9 2007 ★ BROOKLYN OFFICE

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER (Tran. Court) | 03-CR-817-01 |
| DOCKET NUMBER (Rec. Court) | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Norberto Nunez<br>360 Magnolia St.<br>Cranston, RI 02910 | Eastern District of NY | Brooklyn |
| | NAME OF SENTENCING JUDGE: The Honorable John Gleeson, U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE — FROM: 3/25/06 | TO: 3/24/09 |

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. ★ FEB 2 2007 ★ BROOKLYN OFFICE

OFFENSE
Importation of Heroin into the United States, in violation of 21 U.S.C. § 952(a), ~~a class C~~ Felony

A TRUE COPY ATTEST
DATE January 22, 2007
ROBERT C. HEINEMANN CLERK
BY Francine Pyzer DEPUTY CLERK

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern DISTRICT OF New York

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Rhode Island upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

1-12-07
*Date*

John Gleeson
*United States District Judge*

A TRUE COPY ATTEST
DATE February 2, 2007
ROBERT C. HEINEMANN CLERK
BY Francine Pyzer DEPUTY CLERK

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ______ DISTRICT OF Rhode Island

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Attest: a True Copy
DAVID A. DIMARZIO
By B. Barletta
Deputy Clerk

January 24, 2007
*Effective Date*

Mary M. Lisi
*United States District Judge*

18