CLOSED, MJSELECT

# U.S. District Court
# Eastern District of New York, Brooklyn (Brooklyn)
# CRIMINAL DOCKET FOR CASE #: 1:03-cr-00817-JG All Defendants
# Internal Use Only

Case title: USA v. Nunez
Magistrate judge case number: 1:03-mj-01081-CLP

Date Filed: 07/15/2003

---

Assigned to: Judge John Gleeson

**Defendant**

**Norberto Nunez** (1)
*TERMINATED: 10/21/2003*

represented by **Paul R. Nalven**
Nalven & Schacht
350 Fifth Avenue
Suite 1422
New York, NY 10118
212-616-5540
Fax: 212-616-5543
Email: nalvenandschacht@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Thomas Concannon**
The Legal Aid Society
Federal Defender Division
16 Court Street, Room. 302
Brooklyn, NY 11201-4859
718-330-1204
Fax: 718-855-0760
Email: thomas_concannon@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| NARCOTICS - IMPORT (1) | Receives 37 months imprisonment; 3 years supervised release; $100 special assessment |

**Highest Offense Level (Opening)**

Felony

| Terminated Counts | Disposition |
| --- | --- |
| NARCOTICS - POSSESSION (2) | Dismissed on government's motion |

**Highest Offense Level (Terminated)**

Felony

| Complaints | Disposition |
| --- | --- |
| 21 USC 952 - importation of heroin into the US. | |

---

**Plaintiff**

**USA**

represented by **Robert W. Henoch**
United States Attorney
Eastern District of New York
147 Pierrepont Street
Brooklyn, NY 11201
718-254-6234
Fax: 718-254-6478
Email: robert.henoch@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 07/07/2003 | 1 | Pre-arraignment COMPLAINT as to Norberto Nunez (1). (Yuen, Sui-May)[1:03-mj-01081-CLP] (Entered: 07/10/2003) |
| 07/09/2003 | 2 | Supplemental AFFIDAVIT in support of complaint as to Norberto Nunez. (Yuen, Sui-May)[1:03-mj-01081-CLP] (Entered: 07/10/2003) |
| 07/09/2003 | 3 | Minute Entry for proceedings held before Cheryl L. Pollak :Initial Appearance as to Norberto Nunez held on 7/9/2003 (Tape #03/159 (5726-6085).) AUSA Robert Henoch present. Dft present w/ legal aid counsel Tom Concannon. Spanish int. present. Dft ar[1:03raigned on the complaint. No bail package offered. Order of detention entered. Dft waived preliminary hearing. (Yuen, Sui-May)[1:03-mj-01081-CLP] (Entered: 07/10/2003) |

| | | |
|---|---|---|
| 07/09/2003 | 4 | ORDER OF DETENTION as to Norberto Nunez . Signed by Judge Cheryl L. Pollak on 7/9/03. (Yuen, Sui-May)[1:03-mj-01081-CLP] (Entered: 07/10/2003) |
| 07/09/2003 | 5 | CJA 23 Financial Affidavit by Norberto Nunez (Yuen, Sui-May)[1:03-mj-01081-CLP] (Entered: 07/10/2003) |
| 07/15/2003 | | (Court only) ***Magistrate Judge Azrack chosen by random selection to handle matters that may be referred in case as to Norberto Nunez. (DiLorenzo, Krista) (Entered: 07/17/2003) |
| 07/15/2003 | 6 | Grand Jury Presentment as to Norberto Nunez held on 7/15/2003; handed up and filed. (DiLorenzo, Krista) (Entered: 07/17/2003) |
| 07/15/2003 | 7 | INDICTMENT as to Norberto Nunez (1) count(s) 1, 2. (DiLorenzo, Krista) (Entered: 07/17/2003) |
| 07/25/2003 | 8 | NOTICE OF ATTORNEY APPEARANCE: Paul R. Nalven appearing for Norberto Nunez. (DiLorenzo, Krista) (Entered: 07/25/2003) |
| 07/29/2003 | 9 | Minute Entry for proceedings held before Magistrate Judge Mann: Arraignment as to Norberto Nunez (1) Count 1,2 held on 7/29/2003. AUSA Robert Henoch and dft. present with counsel Alexi Schacht. Dft. pleads Not Guilty on counts 1-2. (Tape #03/171(1858-1982).) (DiLorenzo, Krista). (Entered: 07/30/2003) |
| 08/01/2003 | 10 | Minute Entry for proceedings held before Judge Gleeson:Arraignment as to Norberto Nunez (1) Count 1 held on 8/1/2003. AUSA Robert Henoch and dft. present with counsel Alexi Schacht. Dft. withdraws not guilty plea and pleads Guilty Count 1. Sentencing set for 10/17/03 at 2:00. (Court Reporter Stephanie Drexler.) (DiLorenzo, Krista) (Entered: 08/04/2003) |
| 10/17/2003 | 11 | Minute Entry for proceedings held before Judge Gleeson:Sentencing held on 10/17/2003 for Norberto Nunez. AUSA Robert Henoch and dft. present with counsel Alexei Schacht. Dft. Receives 37 months imprisonment on count 1; 3 years supervised release; $100 special assessment; Count(s) 2- Dismissed on government's motion. (Court Reporter Allan Sherman.) (DiLorenzo, Krista) (Entered: 10/21/2003) |
| 10/21/2003 | 12 | JUDGMENT as to Norberto Nunez (1), Count(s) 1- Receives 37 months imprisonment; 3 years supervised release; $100 special assessment; Count(s) 2- Dismissed on government's motion . Signed by Judge John Gleeson on 10/20/03. C/M. (DiLorenzo, Krista) (Entered: 10/21/2003) |
| 10/21/2003 | | (Court only) ***Case Terminated as to Norberto Nunez. (DiLorenzo, Krista) (Entered: 10/21/2003) |
| 03/24/2004 | 13 | Letter dated 3/20/04 from Norberto Nunez to Judge Gleeson, requesting that the court intervene with the Bureau od Prisons on the issue of designation. (DiLorenzo, Krista) (Entered: 04/02/2004) |

| | | |
|---|---|---|
| 04/02/2004 | 14 | Letter dated 3/29/04 from Judge Gleeson to Norberto Nunez, advising that the court has no authority to intervene with the Bureau of Prisons. (DiLorenzo, Krista) (Entered: 04/02/2004) |
| 01/19/2007 | 15 | ORDER as to Norberto Nunez, the jurisdiction of the probationer or supervised releasee be transferred to the U.S.D.C. of Rhode Island upon that court's order of acceptance of jurisdiction. (Ordered by Judge John Gleeson on 1/12/07) (Piper, Francine) (Entered: 01/19/2007) |
| 01/22/2007 | 16 | TRANSFER OF JURISDICTION REQUEST as to Norberto Nunez To District of Rhode Island from Eastern District of New York. Awaiting acceptance and signature. (Piper, Francine) (Entered: 01/22/2007) |
| 01/22/2007 | 17 | Certificate of Service as to Norberto Nunez re 16 Transfer of Jurisdiction Request, 15 Order, Via Fedex on 1/22/07 upon the District of Rhode Island. (package tracking #846482813154) (Piper, Francine) (Entered: 01/22/2007) |
| 02/02/2007 | 18 | ORDER as to Norberto Nunez, that the jurisdiction of the probationer/supervised releasee be accepted by this court. (Ordered by Judge Mary M. Lisi on 1/24/07) (Piper, Francine) (Entered: 02/02/2007) |
| 02/02/2007 | 19 | Probation Jurisdiction Transferred to U.S.D.C of Rhode Island as to Norberto Nunez Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (Piper, Francine) (Entered: 02/02/2007) |
| 02/02/2007 | 20 | Certificate of Service as to Norberto Nunez re 12 Judgment, 7 Indictment and Docket Sheet Via Fedex on 2/2/07 upon the Clerk of Court, U.S.D.C. of Rhode Island. Package Tracking #846482813165. (Piper, Francine) (Entered: 02/02/2007) |

February 2, 2007
ROBERT C. HEINEMANN
CLERK
BY Francine Piper