ALW:RWH
F. #2003R01655

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

NORBERTO NUNEZ,

Defendant.

- - - - - - - - - - - - - - - - - - -X

INDICTMENT

CR03 817

Cr. No. ________
(T. 21, U.S.C., §§ 841(a)(1), 841(b)(1)(A)(i), 952(a), 960(a)(1) and 960(b)(1)(A); T. 18, U.S.C., §§ 3551 et seq.)

GLEESON, J.

AZRACK, J.

THE GRAND JURY CHARGES:

COUNT ONE

On or about July 5, 2003, within the Eastern District of New York and elsewhere, the defendant NORBERTO NUNEZ did knowingly and intentionally import a controlled substance into the United States from a place outside thereof, which offense involved one kilogram or more of a substance containing heroin, a Schedule I controlled substance.

(Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(1)(A); Title 18, United States Code, Sections 3551 <u>et seq</u>.)

COUNT TWO

On or about July 5, 2003, within the Eastern District of New York, the defendant NORBERTO NUNEZ did knowingly and intentionally possess with intent to distribute a controlled

substance, which offense involved one kilogram or more of a substance containing heroin, a Schedule I controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(i); Title 18, United States Code, Sections 3551 et seq.)

A TRUE BILL

FOREPERSON

ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

By: Assistant U.S. Attorney

A TRUE COPY ATTEST
DATED February 2, 2007
ROBERT C. HEINEMANN
CLERK
BY
DEPUTY CLERK