AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

United States of America

v.

Norberto Nunez

APPEARANCE

CR07-14S

CASE NUMBER: 07-3101 (PS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Norberto Nunez

I certify that I am admitted to practice in this court.

July 16, 2007
*Date*

[signature]
*Signature*

David A. Cooper 1981
*Print Name* *Bar Number*

127 Dorrance St
*Address*

Prov. R.I. 02903
*City* *State* *Zip Code*

401-273-1880 401-331-2336
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.