**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

VS. CASE NO.: 1:07-CR-14

NORBERTO NUNEZ

**Objection to Report and Recommendation**

Now comes the Defendant, Norberto Nunez, in the above entitled matter and objects to the Magistrate Judge's findings in its report and recommendation. The Defendant believes that he is eligible for home confinement and requests that this Honorable Court review the Magistrate Judge's recommendation regarding his probation violation to determine whether or not he is eligible for home confinement or split sentence of incarceration which includes home confinement.

NORBERTO NUNEZ,
By his Attorney,

/s/ David A. Cooper
David A. Cooper #1981
127 Dorrance Street
Providence, RI 02903

**CERTIFICATION**

I hereby certify that on this 2nd day of August 2007 this document was sent to the following:

Peter Neronha
U.S. Assistant Attorney